## SETTLEMENT AGREEMENT

**THIS SETTLEMENT AGREEMENT** ("Agreement") with an Effective Date as of the date the Court signs the attached Consent Judgment and Permanent Injunction by and between The Ohio State University, a public institution of higher education located in Columbus, Ohio (referred to herein as "Ohio State"), and Lamp Apparel, LLC, a limited liability company organized under the laws of the State of Ohio, with a principal place of business at 815 N. High Street, Columbus, Ohio 43215 ("Lamp").

## RECITALS

**WHEREAS**, on June 14, 2017, Ohio State filed a lawsuit against Lamp in the United States District Court for the Southern District of Ohio, Case No. 2:17-cv-00516, for trademark infringement, counterfeiting, unfair competition, passing off, and dilution by tarnishment, under the Lanham Act, 15 U.S.C. § 1051 *et seq.* (the "Lawsuit"); and

**WHEREAS**, the parties have agreed to the entry of a Stipulated Final Consent Judgment and Permanent Injunction (copy attached as Exhibit "A") and wish to settle the Lawsuit and resolve all claims and controversies between them related to Lamp's use of Ohio State's registered and common law trademarks (collectively the "Ohio State Trademarks"), now and going forward, upon the terms set forth in the Stipulated Final Consent Judgment and Permanent Injunction and this Agreement.

**NOW, THEREFORE**, in consideration of the representations, promises and mutual obligations contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Ohio State and Lamp hereby agree as follows:

1. Lamp agrees to pay Ohio State the sum of Three Thousand Dollars ($3000.00) within five (5) days after the Effective Date in order to compensate Ohio State for its costs in bringing the Lawsuit.

2. Lamp agrees that the Ohio State Trademarks (set forth in the Stipulated Consent Judgment and Permanent Injunction) are valid and agrees to make no claim to the contrary in the future.

3. Lamp hereby releases and forever discharges all claims of any kind and character, known or unknown, and whether at law or in equity against Ohio State, its trustees, officers, employees, agents, insurers, attorneys, and assigns, arising out of or in any way relating to claims raised or attempted to be raised in Case No. 2:17-cv-00516 (or any claims or counterclaims which could have been brought).

4. Ohio State hereby releases and forever discharges all claims of any kind and character, known or unknown, and whether at law or in equity against Lamp, its officers, employees, agents, insurers, attorneys, and assigns, arising out of or in any way relating to claims raised or attempted to be raised in Case No. 2:17-cv-00516 (or any claims which could have been brought).

5. This Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of Ohio State and Lamp (the "Parties"). The Parties hereby declare that the terms of this Agreement are completely read and fully understood and voluntarily accepted after consultation with their respective counsel, if any, each of whom shall be considered as having drafted this Agreement. The Parties acknowledge that this Agreement is a full, fair and final settlement of all claims alleged in the above identified civil action, including all claims, counterclaims, and affirmative defenses which Plaintiff or Defendant have, could

have or should have accorded therein, and further represent that, in executing this Agreement, they do not rely on any inducements, promises, or representations other than those expressly set forth in this Agreement. The Parties agree to bear their own attorneys' fees and costs incurred in connection with this litigation.

6. Any notice required or permitted to be given under this Agreement shall be in writing and shall be deemed sufficiently given (a) the following business day after having been timely sent by reputable overnight courier service for priority, next day delivery, or (b) by such other means as the parties may hereafter agree in writing, and shall only be effective if delivered to all addressees indicated as follows:

If to Plaintiff:

The Ohio State University
Attention: General Counsel
1590 North High Street - Suite 500
Columbus, OH 43201-2178
Phone: (614) 292-0611

With a copy to:

Joseph R. Dreitler, Esq.
Dreitler True, LLC
19 E. Kossuth St.
Columbus, OH 43206
Phone: (614) 449-6640
E-mail: jdreitler@ustrademarklawyer.com


If to Lamp:

Lamp Apparel, LLC
815 N. High Street
Columbus, Ohio 43215

With a copy to:

3

7. A copy of this Settlement Agreement shall be attached to the Stipulated Final Consent Judgement and Permanent Injunction and filed with the Court, and the Final Consent Judgment and Permanent Injunction shall state that the Court "So orders" retaining jurisdiction of this case for the purpose of interpreting and enforcing the Settlement Agreement. This Agreement shall be construed under and governed by the laws of the State of Ohio, without regard to conflicts of laws principles. The Parties agree that the Court has personal jurisdiction over Lamp and that the sole and exclusive venue for all actions to challenge, interpret or enforce this Agreement shall be in the United States District Court of Ohio, Southern District, Eastern Division. The Parties also agree that the exclusive venue for all actions relating to any current or future use of the Ohio State Trademarks by Lamp shall be in the United States District Court of Ohio, Southern District, Eastern Division. To the extent an action to challenge, interpret or enforce this Agreement is brought in the future, the Parties agree that such action must be brought only in the United States District Court of Ohio, Southern District, Eastern Division and that such court shall have exclusive personal jurisdiction over both such action and all parties; and all parties consent and waive any objections to said exercise of personal jurisdiction and venue. Further, the Parties consent to service of process by registered mail, return receipt requested, overnight carrier, or by any other manner provided by law. In the event any party hereto attempts to challenge, set aside or to enforce this Agreement, or any party brings any action for its breach, such action must be brought only in the United States District Court of Ohio, Southern District, Eastern Division.

8. The Parties each hereby further warrant, represent and acknowledge to the other that they have the right and authority to execute this Agreement, and that they have not sold, assigned, transferred, conveyed or otherwise disposed of any of the claims covered by this Agreement.

9. This Agreement represents and contains the entire agreement and understanding between the Parties hereto with respect to the subject matter of this Agreement, and supersedes any and all prior oral and written agreements and understandings, and no representation, warranty, condition, understanding or agreement of any kind with respect to the subject matter hereof shall be relied upon by the Parties unless incorporated herein. This Agreement may not be amended or modified except by an agreement in writing signed by the Party against whom the enforcement of any modification or amendment is sought.

10. In the event that one or more of the provisions, or portions thereof, of this Agreement is determined to be illegal or unenforceable, the remainder of this Agreement shall not be affected thereby and each remaining provision or portion thereof shall continue to be valid and effective and shall be enforceable to the fullest extent permitted by law.

11. The Parties hereto agree that copies may be signed in counterparts, each of which shall be binding and effective as if it were an original.

**IN WITNESS WHEREOF,** the Parties have executed this Agreement with an Effective Date as set forth above.

Attachments – 1

The Ohio State University
By: *[signature]*
Name: Christopher M. Culley

*Settlement Agreement - The Ohio State University/Lamp Apparel, LLC*

5

Title: Senior Vice President & General Counsel
Date: _____


Lamp Apparel, LLC

By: _____
Name: Brenden Fini-Chatham
Title: Owner/Founder
Date: 9/25/17